UNITED STATES of America, Appellant,
v. Darthulia DUEL, Appellee.
No. 7752.

Circuit Court of Appeals, Ninth Circuit.
Jan. 25, 1935.

Peirson M. Hall, U. S. Atty., of Los Angeles, Cal.

Alvin Gerlack, of San Francisco, Cal., for appellee.

Before WILBUR and GARRECHT, Circuit Judges, and CAVANAH, District Judge.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.

UNITED STATES of America, Appellant, v.
Adolph E. BUEGE, Appellee.
No. 7567.

Circuit Court of Appeals, Ninth Circuit.
Jan. 21, 1935.

John A. Carver, U. S. Atty., of Boise, Idaho, Will G. Beardslee, Director, Bureau of War Risk Litigation, of Washington, D. C., Wilbur C. Pickett, Sp. Asst. to Atty. Gen., and Armistead L. Boothe, Atty., Dept. of Justice, of Washington, D. C.

Jess Hawley and Oscar W. Worthwine, both of Boise, Idaho, for appellee.

Before WILBUR and GARRECHT, Circuit Judges, and NORCROSS, District Judge.

WILBUR, Circuit Judge.

This is an action upon a war risk insurance policy. The trial court erred in the ruling upon the admissibility of expert testimony upon the question of total and permanent disability. It is conceded on the argument that the rulings come squarely within our decision in United States v. Stephens, 73 F.(2d) 695, rendered November 13, 1934. See, also, recent decision of the Supreme Court of the United States in United States v. Spaulding, 55 S. Ct. 273, 79 L. Ed. ——, decided January 7, 1935.

For this error the judgment is reversed.

UNITED STATES of America, Appellee, v.
Herman L. KELLY, Appellant.
No. 229.

Circuit Court of Appeals, Second Circuit.
Jan. 21, 1935.

Edson W. Hamn, of Lyons, N. Y. (Charles B. Bechtold, of Rochester, N. Y., of counsel), for appellant.

George L. Grobe, U. S. Atty., of Buffalo, N. Y., and Joseph J. Doran, Asst. U. S. Atty., of Rochester, N. Y.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Judgment affirmed.